## George C. Sanborn v. Charles K. Robinson.

*Practice in the Supreme Court: Printing records: Laches.* A neglect to comply with the rule (No. 32) requiring records and briefs to be printed will, if no satisfactory excuse be offered, be sufficient ground to decline to hear the cause, and to affirm the judgment of the court below.

*Heard and decided October 26.*

This cause being on the call for argument, *L. Bishop*

moved for time to procure the printing of the record. No satisfactory excuse being offered for the delay, the COURT denied the motion, and affirmed the judgment.